UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EULOGIO CASTILLO,<br><br>                           Plaintiff,<br><br>-v-<br><br>METRO-NORTH COMMUTER RAILROAD,<br><br>                           Defendant. | CIVIL ACTION NO.: 21 Civ. 11183 (KPF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Friday, August 18, 2023 at 2:00 p.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.  At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:      New York, New York
            July 25, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge