UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EULOGIO CASTILLO,<br><br>                               Plaintiff,<br><br>  -v-<br><br>METRO-NORTH COMMUTER RAILROAD,<br><br>                               Defendant. | CIVIL ACTION NO.: 21 Civ. 11183 (KPF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 24 is GRANTED. The telephone conference scheduled for August 18, 2023 is ADJOURNED to **Monday, August 21, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

The Clerk of Court is respectfully directed to close ECF No. 24.

Dated:      New York, New York
             July 25, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge