UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EULOGIO CASTILLO,

                  Plaintiff,

-v-

METRO-NORTH COMMUTER RAILROAD,

                  Defendant.

CIVIL ACTION NO. 21 Civ. 11183 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, December 14, 2023 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their interest in a further settlement conference.

Dated:     New York, New York
            October 12, 2023

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**